**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF**
-----------------------------------------------------------------x

Cesar Aleman

                        Plaintiff/Petitioner,

      - against -                        Index No. 624657/18

GC Services Limited

                       Defendant/Respondent.
-----------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

    1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

    2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: _____

      Name                                          Address

      Firm Name

                                                  Phone

                                                  E-Mail

To: _____

     _____

     _____

6/6/18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

CESAR ALEMAN,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                                  Plaintiff,

-against-

GC SERVICES LIMITED PARTNERSHIP,

                                  Defendant.

INDEX NO. 624657/2018
FILING DATE: 12/14/18

**SUMMONS**
**WITH NOTICE**

Plaintiff designates
Suffolk County
as the place of trial

The basis of the venue is
Plaintiff's residence

---

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 14th day of December 2017, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 14th day of December 2017, together with the costs of this action and attorney's fees.

Dated:        December 14, 2018

/s/
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, N.Y. 11743
(631) 335-1107

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)   INDEX NO. UNASSIGNED

NYSCEF DOC. NO. 2   RECEIVED NYSCEF: 12/14/2018

PO Box 1389
Copperas Cove TX 76522-5389

**GC Services Limited Partnership**
**Collection Agency Division**
877-431-3767

RETURN SERVICE REQUESTED

ENVÍE EL PAGO A:

December 14, 2017

SYNCHRONY BANK/JCPENNEY CREDIT SERVICES
PO BOX 960090
ORLANDO FL 32896-0090

595871737

Cesar Aleman
7 CAMPION ST
BRENTWOOD NY 117173203

Saldo total de la cuenta: $4,412.11
Monto actual adeudado: $1,053.00
N.º de cuenta: ************0618

***SEPARE Y ENVÍE LA PARTE SUPERIOR DE LA DECLARACIÓN JUNTO CON SU PAGO***

Saldo total de la cuenta: $4,412.11
Monto actual adeudado: $1,053.00
N.º de cuenta: ************0618

Si paga el saldo que se indica anteriormente, es posible que deba efectuar un pago adicional para cancelar el saldo de su cuenta en su totalidad. Debido a los intereses, cargos por demora, créditos o cargos que pueden variar de un día a otro, es posible que el monto adeudado difiera el día que realice el pago. Para obtener más información, llame al 877-431-3767.

RE: JCPenney MasterCard®

Estimado/a Cesar Aleman,

Su JCPenney MasterCard®, que emitió y se adeuda a Synchrony Bank, nos ha sido delegada por nuestro cliente para su cobranza. Queremos aprovechar esta oportunidad para presentarnos e informarle acerca de sus derechos de acuerdo con la Ley de Prácticas Justas para el Cobro de Deudas (Fair Debt Collection Practices Act).

A la fecha de esta carta, nuestros registros indican que usted debe un saldo total de la cuenta de $4,412.11 a Synchrony Bank. A menos que dentro de los 30 días posteriores a la recepción de esta carta, usted cuestione la validez de la deuda, o cualquier parte de ella, daremos por hecho que la deuda es válida. La disputa deberá realizarse por escrito, excepto si vive en Nueva Jersey, Delaware o Pennsylvania.

Si dentro de los 30 días posteriores a la recepción de esta carta, usted nos notifica por escrito que cuestiona la validez de la deuda, o cualquier parte de ella, obtendremos la verificación de la deuda o una copia de una sentencia en contra de usted y se le enviará por correo una copia de dicha verificación o sentencia. Si lo solicita por escrito dentro de los 30 días posteriores a la recepción de esta carta, le proporcionaremos el nombre y la dirección del acreedor original, si fuera diferente de nuestro cliente, Synchrony Bank.

Quedamos a la espera de trabajar con usted para resolver esta cuenta.

www.jcpenneymastercard.com

Atentamente,

Cindy Kreidler
Collection Manager

**Residentes de Nueva York:** Como agencia de cobranza de deudas, GC Services tiene prohibido, de conformidad con la Ley de Prácticas Justas para el Cobro de Deudas (Fair Debt Collection Practices Act), 15 U.S.C. §1692 y siguientes, tomar medidas abusivas, engañosas e injustas para el cobro de deudas, incluso, entre otras, el uso o amenazas de violencia; el uso de lenguaje obsceno o profano; y realizar llamadas telefónicas reiteradas con la intención de molestar, abusar o acosar cuando se intenta cobrar una deuda. Si un acreedor o cobrador de deudas obtiene una sentencia monetaria en contra de usted en la corte, las leyes estatales y federales pueden evitar que se tomen los siguientes tipos de ingresos para pagar la deuda:

1. Ingresos de seguridad suplementaria (SSI);
2. Seguro social;
3. Asistencia pública (bienestar);
4. Soporte de cónyuge, mantenimiento (pensión alimenticia) o soporte de hijos;
5. Beneficios de desempleo;
6. Beneficios por discapacidad;
7. Beneficios de compensación de trabajadores;
8. Pensiones públicas o privadas;
9. Beneficios de veteranos de las fuerzas armadas;
10. Préstamos federales a estudiantes, asignaciones federales a estudiantes y fondos federales de trabajo y estudio; y
11. Noventa por ciento de su sueldo o salario ganado en los últimos sesenta días.

**Residentes de NYC:** El número de licencia específico del Departamento de Asuntos del Consumidor de NYC (NYC Department of Consumer Affairs) varía según la ubicación en la ciudad/el estado del remitente: Elgin – 2032602; Columbus - 2032587; Copperas Cove - 2032601; Houston - 2032594; Huntington - 2032616; Irwindale - 2032591; Jacksonville - 2032579; Knoxville - 2032597; Oklahoma - 2032603; Phoenix - 2032606; San Antonio - 2032610; San Diego - 2032615; St. Louis - 2032598; Tucson - 2032592

Esta es una comunicación de un cobrador de deudas y es un intento de cobrar una deuda y cualquier información obtenida será utilizada con dicho fin.

GC Services Limited Partnership – 6330 Gulfton, Houston, TX 77081

0568-24

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5(d)) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

EXHIBIT A
Page 5 of 6

Index No. 624657/2018

CESAR ALEMAN,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

Plaintiff(s),

-vs-

GC SERVICES LIMITED PARTNERSHIP,

Defendant(s).

**SUMMONS WITH NOTICE**

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107